| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, #294338<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710<br>Hannah_labaree@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>SAYBYN BORGES |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO SANCHEZ, et. al.,<br><br>Defendant. | Case No. 2:18-cr-136 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 18, 2018<br>TIME  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Cameron Desmond, Robert L. Forkner, attorney for ALFREDO SANCHEZ, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for SAYBYN BORGES, that the status conference scheduled for October 18, 2018, be vacated and be continued to November 29, 2018, at 9:30 a.m.

To date, defense counsel has received a total of 106 pages of documents in discovery, as well as photographs and surveillance footage. Additional discovery is pending. Defense counsel requires additional time to review discovery with the defendants and to continue with the investigation in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 29, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Stipulation and Order -1-
to Continue Status Conference

Code T4 based upon continuity of counsel and defense preparation.

DATED: October 10, 2018		*/s/ Robert L. Forkner*
					Attorney for defendant
					ALFREDO SANCHEZ

DATED: October 10, 2018		Respectfully submitted,

					HEATHER E. WILLIAMS
					Federal Defender

					*/s/ Hannah R. Labaree*
					HANNAH R. LABAREE
					Assistant Federal Defender
					Attorneys for Defendant
					SAYBYN BORGES

DATED: October 10, 2018		MCGREGOR W. SCOTT
					United States Attorney

					*/s/ Cameron Desmond*
					CAMERON DESMOND
					Assistant United States Attorney
					Attorney for Plaintiff

1 <u>ORDER</u>

2  The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on November 29, 2018, at 9:30 a.m. The Court orders the time from October 18, 2018 up to and including November 29, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 11, 2018

HON. TROY L. NUNLEY
United States District Court Judge