HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
SAYBYN BORGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-136 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALFREDO SANCHEZ, et. al., | DATE: November 29, 2018 |
| | TIME 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Cameron Desmond, Robert L. Forkner, attorney for ALFREDO SANCHEZ, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for SAYBYN BORGES, that the status conference scheduled for November 29, 2018, be vacated and be continued to January 17, 2019, at 9:30 a.m.

Defense counsel needs additional time to continue to review discovery with the defendants and to continue with the investigation in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 17, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: November 26, 2018 | */s/ Robert L. Forkner*<br>Attorney for defendant |
| 2 | | ALFREDO SANCHEZ |
| 3 | DATED: November 26, 2018 | Respectfully submitted, |
| 4 | | HEATHER E. WILLIAMS |
| 5 | | Federal Defender |
| 6 | | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE |
| 7 | | Assistant Federal Defender<br>Attorneys for Defendant |
| 8 | | SAYBYN BORGES |
| 10 | DATED: November 26, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 12 | | */s/ Cameron Desmond*<br>CAMERON DESMOND |
| 13 | | Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on January 17, 2019, at 9:30 a.m. The Court orders the time from November 29, 2018 up to and including January 17, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: November 27, 2018

_____
Troy L. Nunley
United States District Judge