**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ALFREDO SANCHEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>ALFREDO SANCHEZ,<br><br>        Defendant. | Case No.: 2:18-CR-00136-TLN<br><br>**DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE AND ORDER**<br><br>Date: **May 30, 2019**<br>Time: **9:30 a.m.**<br>Courtroom: **2** |

**TO:    THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

    Defendant, ALFREDO SANCHEZ, hereby waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

    Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day

and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED: March 19, 2019     By: */s/Alfredo Sanchez*
                 ALFREDO SANCHEZ
                 Defendant

Respectfully submitted,

DATED: March 19, 2019     By: */s/Anthony P. Capozzi*
                 ANTHONY P. CAPOZZI
                 Attorney for Defendant ALFREDO SANCHEZ

**ORDER**

IT IS SO ORDERED.

DATED: April 4, 2019

                 Troy L. Nunley
                 United States District Judge