1   **ANTHONY P. CAPOZZI, CSBN: 068525**
    **LAW OFFICES OF ANTHONY P. CAPOZZI**
2   1233 W. SHAW AVE., SUITE 102
    FRESNO, CALIFORNIA 93711
3   PHONE: (559) 221-0200
    FAX: (559) 221-7997
4   EMAIL: Anthony@capozzilawoffices.com
    www.capozzilawoffices.com
5

6   ATTORNEY FOR Defendant,
    ALFREDO SANCHEZ
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                            * * * * * *

11  | UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00136-TLN |
12  | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
13  | v. | |
14  | | Date: **May 30, 2019** |
15  | ALFREDO SANCHEZ, | Time: **9:30 a.m.** |
16  | Defendant. | Courtroom: **2** |

17  **TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**
18

19      Plaintiff, United States of America, by and through its counsel of record, and

20  Defendant, by and through his counsel of record, hereby stipulate as follows:

21      1.  By previous order, this matter was set for a Status Conference on May 30, 2019,

22  at 9:30 a.m.

23      2.  By this stipulation, Defendant now moves to continue the Status Conference to

24  **July 25, 2019, at 9:30 a.m.**

25      3.  The parties agree and stipulate, and request that the Court find the following:

26          a.  The Defendant's attorney substituted into this case on March 18, 2019.

27          b.  Additional time is needed to review the 104 pages of discovery and

28      review and research the plea offer that has been extended.

   c. The government does not oppose a continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 30, 2019, to July 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                Respectfully submitted,

DATED: May 24, 2019    By: */s/Cameron Desmond*
                 CAMERON DESMOND
                 Assistant United States Attorney


DATED: May 24, 2019    By: */s/Anthony P. Capozzi*
                 ANTHONY P. CAPOZZI
                 Attorney for Defendant ALFREDO SANCHEZ

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 30, 2019, to and including July 25, 2019, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled for May 30, 2019, at 9:30 a.m. is continued to **July 25, 2019, at 9:30 a.m.**

IT IS SO ORDERED.

DATED: May 24, 2019

Troy L. Nunley
United States District Judge