ANTHONY P. CAPOZZI #068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
PHONE (559) 221-0200
FAX (559) 221-7997
Anthony@capozzilawoffices.com

ATTORNEYS FOR Defendant, ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAYBYN BORGES and ALFREDO SANCHEZ,<br><br>Defendants. | Case No. 2:18-cr-00136-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Status Conference scheduled for July 25, 2019, at 9:30 am, be continued to October 31, 2019, at 9:30 a.m., before the Honorable Troy L. Nunley, or as soon thereafter as is convenient to the court's calendar.

This request is based upon the fact that counsel for Defendants need additional time to review the discovery in this matter, and meet with their respective clients. Specifically, Ms. Mouzis was just recently appointed in this matter, and Mr. Capozzi was in a two-week criminal trial that concluded on July 18, 2019.

Counsel for Defendants have corresponded with Assistant U.S. Attorney, CAMERON DESMOND, who has no objection to this continuance.

The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: July 23, 2019.　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　LAW OFFICES OF ANTHONY P. CAPOZZI

　　　　　　　　　　　　　　　　/s/ Anthony P. Capozzi

　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI
　　　　　　　　　　　　　　　　Attorney for Defendant,

Dated: July 23, 2019.　　　　　　LAW OFFICES OF JENNIFER MOUZIS

　　　　　　　　　　　　　　　　/s/ Jennifer Mouzis

　　　　　　　　　　　　　　　　JENNIFER MOUZIS
　　　　　　　　　　　　　　　　Attorney for Defendant, SAYBYN BORGES

Dated: July 23, 2019.　　　　　　UNITED STATES ATTORNEY'S OFFICE

　　　　　　　　　　　　　　　　/s/ Cameron Desmond

　　　　　　　　　　　　　　　　CAMERON DESMOND
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

* * * * * * *

## **O R D E R**

The Court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for July 25, 2019 at 9:30 a.m. be continued to October 31, 2019 at 9:30 a.m. before the Honorable Troy L. Nunley. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court orders the time from the date of the parties stipulation, up to and including October 31, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: July 23, 2019

Troy L. Nunley  
United States District Judge