Jennifer Mouzis SBN 200280
**LAW OFFICE OF JENNIFER MOUZIS**
4825 J Street, Suite 222
Sacramento, CA 95819
Telephone: 916-822-8702
Facsimile:  916-822-8712
E-mail: jm@jennifermouzislaw.com

Attorney for Defendant,
SAYBYN BORGES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.   2:18-CR-00136-TLN |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| SAYBYN BORGES and ALFREDO SANCHEZ | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Status Conference scheduled for October 31, 2019, at 9:30 a.m., be continued to January 9, 2019, 9:30 am, before the Honorable Troy L. Nunley, or as soon thereafter as is convenient to the court's calendar.

This request is based upon the fact that the prosecution has agreed to provide additional discovery to the defense and the defense is waiting for the additional materials to review and evaluate the case and offer in light of the material. The defense requires additional time to review the materials when received, meet with their clients, and make decisions regarding the pending case.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE -1

Counsel for Defendants have corresponded with Assistant U.S. Attorney, CAMERON DESMOND, who has no objection to this continuance.

The parties further agree that the time under the Speedy Trial Act be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: October ____, 2019         Respectfully Submitted,

                                  LAW OFFICE OF JENNIFER MOUZIS

                                  By: */s/* Jennifer Mouzis

                                  JENNIFER MOUZIS
                                  Attorney for Defendant,

Dated: October ___, 2019.         Respectfully Submitted,

                                  LAW OFFICES OF ANTHONY P. CAPOZZI

                                  /s/ Anthony P. Capozzi

                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant,

Dated: October ____, 2019         UNITED STATES ATTORNEY'S OFFICE

                                  By: */s/* Cameron Desmond

                                  CAMERON DESMOND

                                  Assistant U.S. Attorney

            * * * * * * *
            O R D E R

IT IS SO ORDERED.

DATED: October 25, 2019

                                  _____
                                  Troy L. Nunley
                                  United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE -2