**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ALFREDO SANCHEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO SANCHEZ, and SAYBYN BORGES<br><br>Defendants. | Case No.: 2:18-CR-00136-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: **January 9, 2020**<br>Time: **9:30 a.m.**<br>Courtroom: **2** |

**TO:** **THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on January 9, 2020, at 9:30 a.m.

2. By this stipulation, Defendants now moves to continue the Status Conference to **May 28, 2020, at 9:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. Defense counsel is due to begin a jury trial in Fresno in *USA v. Brittany Martinez*, 1:18-CR-00252-4 LJO-SKO.

   b. Additional time is needed to review the discovery and continue plea

negotiations.

        c.     The government does not oppose a continuance.

        d.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2020, to May 28, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED:    January 3, 2020        By:  */s/Cameron Desmond*
                                                           CAMERON DESMOND
                                                           Assistant United States Attorney

DATED:    January 3, 2020        By:  */s/Anthony P. Capozzi*
                                                           ANTHONY P. CAPOZZI
                                                           Attorney for Defendant ALFREDO SANCHEZ

DATED:    January 3, 2020        By:  */s/Jennifer Mouzis*
                                                           JENNIFER MOUZIS
                                                           Attorney for Defendant SAYBYN BORGES

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For reasons set forth above, the continuance requested by the parties is granted for |
| 3 | good cause and time is excluded under the Speedy Trial Act from January 9, 2020, to and |
| 4 | including May 28, 2020, based upon the Court's finding that the ends of justice outweigh the |
| 5 | public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A). |
| 6 | **IT IS ORDERED** that the Status Conference currently scheduled for January 9, 2020, |
| 7 | at 9:30 a.m. is continued to **May 28, 2020, at 9:30 a.m.** |
| 8 | IT IS SO ORDERED. |
| 9 | DATED: January 7, 2020 |
| 10 | |
| 11 | Troy L. Nunley<br>United States District Judge |