**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ALFREDO SANCHEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br><br>ALFREDO SANCHEZ,<br><br>       Defendant. | Case No.: 2:18-CR-00136-1-TLN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representative, Cameron Desmond and the Defendant, Alfredo Sanchez, by and through his attorney of record, Anthony P. Capozzi, that release condition numbers 3, 5, and 10 imposed on Mr. Sanchez on June 20, 2018 (docket #11) be modified as follows:

   3.   Defendant must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

   5.   Defendant's travel is restricted to the State of California in order to conduct his farm labor business; and

   10.  Defendant is no longer required to submit to drug and alcohol testing.

   All other conditions shall remain in full force and effect.

Defense counsel has spoken with pretrial services and the government and there is no objection to this modification.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:    July 6, 2020          By:   */s/Cameron L. Desmond*
                                      CAMERON L. DESMOND
                                      Assistant United States Attorney

DATED:    July 6, 2020          By:   */s/Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant ALFREDO SANCHEZ

**ORDER**

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release conditions 3, 5, and 10 imposed on Mr. Sanchez on June 20, 2018 (docket #11) is hereby modified to show that Mr. Sanchez must reside at a location approved by the pretrial services officer and not change his residence without the prior approval of the pretrial services officer; is allowed to travel within the State of California for his farm labor business; and that Mr. Sanchez is no longer required to submit to drug and alcohol testing.

All other conditions shall remain in effect.

**IT IS SO ORDERED**.

Dated:  July 7, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE