ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www;capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.  2:18-CR-00136-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALFREDO SANCHEZ, | Date;   July 22, 2021 |
| Defendant. | Time:  9:30 a.m. COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulates as follows:

1.  This matter was previously set for a status conference on July 22, 2021, at 9:30 a.m.

2.  As to this defendant only, the parties agree to continue the matter to October 28, 2021, at 9:30 a.m. to ensure continuity of counsel and availability of the defendant.

3.  The partiers further agree and stipulate, and request that the Court find the following:

    a)  Defense counsel is schedule in surgery for July 20, 2021, and it is anticipated that he will be in recovery approximately six to eight weeks.

1

b) Additional time is needed for the defense to property review the discovery and prepare for his defense.

c) The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary to ensure continuity of defense counsel and availability of the defendant.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of July 22, 2021, to October 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

2

1    IT IS SO STIPLATED.

2

3

4    Dated: July 15, 2021                    /s/ CAMERON L. DESMOND
                                             CAMERON L. DESMOND
5                                            Assistant United States Attorney

6

7    Dated: July 15, 2021                    /s/ ANTHONY P. CAPOZZI
                                             ANTHONY P. CAPOZZI, Attorney for
8                                            Alfredo Sanchez

9

10

11                        **FINDINGS AND ORDER**

12

13

14           IT IS FOUND AND ORDERED this 15th day of July, 2021.

15

16

17

18                                           _____
                                             Troy L. Nunley
19                                           United States District Judge

20

21

22

23

24

25

26

27

28

                                    3