PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00136-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALFREDO SANCHEZ, | DATE: October 28, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 28, 2021.

2. By this stipulation, the defendant now moves to vacate the status and set this matter for a 5-day trial beginning May 2, 2022, at 9:00 a.m., with a Trial Confirmation Hearing on March 10, 2022, at 9:30 a.m. The defendant also moves to exclude time between October 28, 2021 and May 2, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes multiple reports, photographs, and recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)	Counsel for defendant desires additional time to review the evidence, conduct independent factual investigation, research trial issues and sentencing issues, interview witnesses for trial, and otherwise prepare for trial.

c)	Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)	The government does not object to the continuance.

e)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2021 to May 2, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 23, 2021              PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ CAMERON L. DESMOND
                                        CAMERON L. DESMOND
                                        Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

Dated: September 23, 2021                    /s/ Anthony Capozzi
                                             Anthony Capozzi
                                             Counsel for Defendant
                                             ALFREDO SANCHEZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of September, 2021.

_____
Troy L. Nunley
United States District Judge