1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00136-TLN |
12 |         Plaintiff,        | **STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; ORDER** |
13 |         v.                |  |
14 | ALFREDO SANCHEZ,          | DATE: March 10, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
15 |         Defendant.        |  |

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows: By previous order, this case was set

20 for a Trial on May 2, 2022, and for a Trial Confirmation Hearing (TCH) on March 10, 2022.  By this

21 stipulation, the parties request that the TCH be **CONTINUED** to **March 17, 2022**, and stipulate that

22 such

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING                    1

/ / /

continuance is necessary to allow for ongoing discussions regarding resolution.

      IT IS SO STIPULATED.

Dated: February 23, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: February 23, 2022

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for Defendant
ALFREDO SANCHEZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 23, 2022

Troy L. Nunley
United States District Judge