PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ALFREDO SANCHEZ,<br><br>                              Defendant. | CASE NO.  2:18-CR-00136-TLN<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO REVOKE AND TRIAL CONFIRMATION HEARING; ORDER<br><br>DATE: March 10, 2022 and March 17, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows: By previous order, this case was set for a hearing on the Government's Motion to Revoke on March 10, 2022 and for a Trial Confirmation Hearing (TCH) on March 17, 2022.   By this stipulation, the parties request that the hearing on the motion to revoke and the TCH be continued to March 31, 2022, at 9:30 a.m., and stipulate that such continuance is necessary to allow for ongoing discussions regarding resolution.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    IT IS SO STIPULATED.

2

3    Dated:  March 8, 2022                    PHILLIP A. TALBERT
                                              United States Attorney
4

5                                             /s/ CAMERON L. DESMOND
                                              CAMERON L. DESMOND
6                                             Assistant United States Attorney

7

8    Dated:  March 8, 2022                    /s/ ANTHONY CAPOZZI
                                              ANTHONY CAPOZZI
9                                             Counsel for Defendant
                                              ALFREDO SANCHEZ
10

11

12

13

14                           **FINDINGS AND ORDER**

15       IT IS SO FOUND AND ORDERED this 8th day of March, 2022.

16

17

18

19                                       Troy L. Nunley
                                         United States District Judge
20

21

22

23

24

25

26

27

28