ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br>ALFREDO SANCHEZ,              )<br>                              )<br>           Defendant.         )<br>_____) | CASE NO.: 2:18-CR-00136-DAD<br><br>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER<br><br>Date: November 10, 2022<br>Time: 9:30 pm<br>Courtroom: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows: By previous order, this case was set for sentencing on November 10, 2022. By this stipulation, the parties request that the sentencing be CONTINUED to January 24, 2023, along with the following dates:

   Informal Objections:  November 23, 2022

   Final Presentence Report: December 15, 2022

   Formal Objections:   December 22, 2022

   Reply:       December 29, 2022

The parties stipulate that such continuance is necessary to allow additional time to file objections and to provide a debriefing for "Safety Valve" Evaluation.

IT IS SO STIPULATED.

Dated:  September 29, 2022,    By:    */s/ Anthony P. Capozzi*_____
                                                                                         ANTHONY P. CAPOZZI, Attorney for
                                                                                         ALFREDO SANCHEZ

Dated:  September 29, 2022,           PHILLIP A. TALBERT
                                                                                 United States Attorney

                                                          By:    */s/ Cameron L. Desmond*_____
                                                                                        CAMERON L. DESMOND
                                                                                        Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **October 3, 2022**          _____
                                                           UNITED STATES DISTRICT JUDGE