ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 2:18-CR-00136-DAD |
| ) | |
| Plaintiff, ) | **EMERGENCY** |
| ) | |
| v. ) | **MOTION AND ORDER FOR** |
| ) | **EXTENSION OF SELF-SURRENDER** |
| ALFREDO SANCHEZ, ) | **DATE.** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant, Alfredo Sanchez, by and through his Attorney Anthony P. Capozzi requests that the Court extend his self-surrender date from April 20, 2023, to May 30, 2023. Said requests is based upon the attached email indicated that Alfredo Sanchez has been admitted to a hospital on April 19, 2023, and currently under hospital care and awaiting test results for possible surgery.

This thirty-day extension will allow Mr. Sanchez to properly be diagnosed and treated for any ongoing health issues he might be experiencing before self-surrendering.

DATED: April 20, 2023,

                                      Respectfully submitted,

                                      */s/ Anthony P. Capozzi*_____
                                      ANTHONY P. CAPOZZI, Attorney for
                                      ALFREDO SANCHEZ

**ORDER**

The government having filed a statement of non-opposition to the granting of the requested relief (Doc. No. 131) and good cause appearing, defendant Alfredo Sanchez's self-surrender date into Bureau of Prisons custody is hereby extended from **April 25, 2023**[1], to May 30, 2023, to FCI, Lompoc before 2:00 p.m.

IT IS SO ORDERED.

Dated:   **April 21, 2023**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's emergency motion referred to the original self-surrender date as April 20, 2023, but the court's docket accurately reflects that the original surrender date was set for April 25, 2023.  (Doc. Nos. 125, 126 at 2.)