ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 2:18-CR-00136-DAD-1 |
| Plaintiff, | |
| v. | **ORDER TO REQUEST SEAL DOCUMENTS** |
| ALFREDO SANCHEZ, | |
| Defendant. | |

### ORDER

Pursuant to Local Rule 141(b) and based on the representations contained in defendant's Request to Seal, IT IS HEREBY ORDERED that Exhibits 1, 2 and 3 to be sealed, and defendant's Request to Seal shall be SEALED until further order of this Court.

The Court has considered the factors set forth in Oregonian Publishing Co. V. U.S. District Court for the District of Oregon, 920 F.2d 1468 (9th Cir. 1990). The Court finds that, for the reasons stated in defendant's absence of closure, the compelling personal interest identified by the defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Request for Exhibit 1, 2 and 3 that would adequately protect the compelling interest identified by defendant.

IT IS SO ORDERED.

Dated:   **May 25, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

- 1