ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:	(559) 221-0200
Facsimile:	(559) 221-7997
E-Mail:	Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.   ) | CASE NO.:  2:18-CR-00136-DAD-1 |
| ) | |
| Plaintiff,   ) | |
| ) | **MOTION AND ORDER FOR** |
| v.   ) | **EXTENSION OF SELF-SURRENDER** |
| ) | **DATE** |
| ALFREDO SANCHEZ,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

Defendant, Alfredo Sanchez, by and through his attorney, Anthony P. Capozzi requests that the Court extend his self-surrender date from May 30, 2023, to June 30, 2023.  Said request is based upon the Declaration of Anthony P. Capozzi and the medical records submitted under seal.

I, ANTHONY P. CAPOZZI, DECLARE:

1. This Attorney represents Alfredo Sanchez in the above-entitled case.

2. A previous extension request was made on April 20, 2023, with the Court granting an extension to May 30, 2023, based upon the defendant's hospital admission on April 19, 2023.

3. On April 19, 2023, the defendant went into a surgical procedure where a solid mass was found on the left kidney and a liver lesion on April 21, 2023. **Exhibit 1**, Surgical Procedure Report (under seal).

4. The defendant's gall bladder had Acute Cholecystitis (inflammation of the gall bladder) and was removed, **Exhibit 2**, Operative note from Dr. Juarez (under seal).
5. A CT guided biopsy was performed on the left kidney on May 23, 2023, with recovery time of one to two days and future treatments dependent on the biopsy results, **Exhibit 3**, letter from Dr. Hundal, Talminder S (under seal)
6. It is respectfully requested that the defendant's surrender date be extended for 30 days to June 30, 2023.

I Declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 23rd day of May 2023, at Fresno, California.

Respectfully submitted,

*/s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
ALFREDO SANCHEZ

## **ORDER**

Defendant's motion for an extension of time of his voluntary surrender date will be granted. However, the points made by the government in their statement of non-opposition to this motion (Doc. No. 136) are well-taken. Accordingly, the surrender date for Alfredo Sanchez of May 30, 2023, is hereby extended to June 30, 2023, at FCI, Lompoc by 1:00 p.m. on that date. No further extensions of that surrender date will be granted absent a fully supported showing of good cause which addresses the points raised by the government in their statement of non-opposition. In addition, if defendant seeks another extension of his surrender date and such

/////

/////

application must reflect that government counsel has been consulted and their position with respect to any further such motion filed must be reflected in defendant's request.

IT IS SO ORDERED.

Dated: **May 25, 2023**

_____
UNITED STATES DISTRICT JUDGE