1  ANTHONY P. CAPOZZI, CSBN: 068525
   THE LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Telephone:    (559) 221-0200
   Facsimile:    (559) 221-7997
4  E-Mail:       Anthony@ capozzilawoffices.com
   www.capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO.: 2:18-CR-00136-TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REQUEST TO SEAL DOCUMENTS** |
| ALFREDO SANCHEZ, | ) | **&** |
| Defendant. | ) | **ORDER** |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 141, Local Rules of the United States District Court of the Eastern District of California, Anthony P. Capozzi, as attorney for defendant, Alfredo Sanchez, has submitted to the Court a Request to Seal Documents, requesting the Court Order the Medical Records of Alfredo Sanchez, in Exhibit's 4, 5, to be filed **UNDER SEAL**.

Respectfully submitted,

Dated: June 28, 2023,          By:    */s/ Anthony P. Capozzi*_____
                                       ANTHONY P. CAPOZZI, Attorney for
                                       ALFREDO SANCHEZ

**ORDER**

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1468 (9th Cir. 1990).  Having reviewed the documents in question, the Court finds that absent sealing the compelling personal interest identified by the defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Request for Exhibit 4, and 5 that would adequately protect the compelling interest identified by defendant.  Accordingly, defendant Sanchez's Exhibits 4 and 5 shall be filed under seal.

IT IS SO ORDERED.

Dated:  **June 28, 2023**                                  _____
                                                                              UNITED STATES DISTRICT JUDGE