ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALFREDO SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO SANCHEZ,<br><br>Defendant. | CASE NO.: 2:18-CR-00136-DAD<br><br>**STIPULATION AND ORDER** |

The United States of America, by and through Assistant United States Attorney, Adrian T. Kinsella, and Defendant, Alfredo Sanchez, by and through his attorney, Anthony P. Capozzi, based upon the Declaration of Anthony P. Capozzi, hereby stipulate that the surrender date of June 30, 2023, be extended to November 27, 2023, to allow Mr. Sanchez's surgery to proceed as scheduled and for an amount of time for recovery.

Dated: June 27, 2023,

*_/s/ Anthony P. Capozzi_*
ANTHONY P. CAPOZZI, Attorney for
ALFREDO SANCHEZ

Dated: June 27, 2023,

*_/s/ Adrian T. Kinsella_*
ADRIAN T. KINSELLA,
Assistant United States Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED that the surrender date of June 30, 2023, be extended to November 27, 2023, at the Federal Correctional Institution, Lompoc, California at 1:00 p.m.

IT IS SO ORDERED.

Dated:  **June 29, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE